<HTML>

<HEAD>

<META NAME="Generator" CONTENT="WordPerfect 9">

<BASE HREF="q">

<TITLE></TITLE>

</HEAD>

<BODY BACKGROUND="" TEXT="#020000" LINK="#000000" VLINK="#000000" ALINK="#000000" BGCOLOR="#00ff55">

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-02-00075-CV

In re International PADI, Inc. a/k/a PADI Americas a/k/a

Professional Association of Dive Instructors, Inc.

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

Relator filed a petition for writ of mandamus and a motion for temporary relief.  The motion is

overruled and the petition is denied.  Tex. R. App. P. 52.8(a).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Filed:   February 15, 2002

Do Not Publish

</BODY>

</HTML>